# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. RIVARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SA CV 17-00806-RAO<br><br>**JUDGMENT OF REMAND** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: February 8, 2018

　　　　　　　　　　　　　　　　　／s／ Rozella A. Oliver
　　　　　　　　　　　　　　　　　ROZELLA A. OLIVER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE